UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 8

| | |
|---|---|
| Anatolia Tile & Stone, Inc.<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES<br>            Defendant. | Court No. 21-00245 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: September 26, 2024

_____
Scott L. Johnston
Attorney for Plaintiff

950 Echo Lane suite 360
Street Address

Houston, Texas 77024
City, State and Zip Code

713-932-1540
Telephone No.

Guy R. Eddon
Attorney for Defendant

26 Federal Plaza Room 346
Street Address

New York, New York 10278
City, State and Zip Code

212-264-9232
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00245 | Anatolia Tile & Stone, Inc. | 380120103061 380220101950<br>380220102525 090120101231<br>380220102526 380120103084<br>380120102778 380220101743<br>380220101960 380120102836<br>380120103083 090120101185<br>380120102796 380120102840<br>380120102835<br>380120102809<br>380220101709<br>380120102818<br>090120101183<br>090120101171<br>380220101744<br>380220101748<br>380220101749<br>090120101178<br>380220101750<br>380220101745<br>380220101751<br>380220101752<br>090120101184<br>090120101181<br>380120102838<br>380120102839<br>380220101746<br>090120101182<br>380220101945<br>380220101947<br>380120103062<br>380220101949<br>380120103081<br>380120103080<br>380220101961<br>380220101956 | WFN85950794 WFN85934392<br>WFN86114697 WFN85935738<br>WFN86117450 WFN85936603<br>WFN85921316 WFN85949457<br>WFN85964399 WFN85950877<br>WFN85964308 WFN85951529<br>WFN85923981 WFN85956890<br>WFN85924336 WFN85957468<br>WFN85925739 WFN85963375<br>WFN85922983 WFN85960157<br>WFN85928097 WFN85963417<br>WFN85930804 WFN85957559<br>WFN85932271 WFN85958276<br>WFN85927594 WFN85968853<br>WFN85925101 WFN85924237<br>WFN85930028 WFN85932370<br>WFN85931745 WFN85936918<br>WFN85933980 WFN85937197<br>WFN85932503<br>WFN85932529<br>WFN85933949<br>WFN85932685<br>WFN85932610<br>WFN85936868 |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: **October 1, 2024**

Clerk, U. S. Court of International Trade

By: /s/ **Geoffrey Goell**
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)